| AO-10<br>Rev. 1/83 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics<br>Reform Act of 1989, Pub. L. No.<br>101-194, November 30, 1989<br>(5 U.S.C.A. App. 6, §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br><br>HULL, FRANK MAYS | 2. Court or Organization<br><br>United States District Court<br>for Northern District of Georgia | | 3. Date of Report<br><br>Feb. 10, 1994 |
|---|---|---|---|
| 4. Title (Article III judges indicate active or<br>senior status; Magistrate judges indicate<br>full- or part-time)<br><br>United States District Court Judge - Active | 5. Report Type (check appropriate type)<br><u>X</u> Nomination, Date Feb. 9, 1994<br>___ Initial ___ Annual ___ Final | | 6. Reporting Period<br>1/1/93 - 12/31/93<br>1/1/94 - 2/10/94 |
| 7. Chambers or Office Address<br>Judge, Fulton Superior Court<br>Atlanta Judicial Circuit<br>185 Central Ave., SW., Room T4705<br>Atlanta, Georgia 30303 | 8. On the basis of the information contained in this Report, it<br>is, in my opinion, in compliance with applicable laws and<br>regulations ___<br><br>Reviewing Officer Signature _____ | | |

| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.* |
|---|

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions) | |
| Director, Board of Directors | American Judicature Society, Chicago, Illinois |
| Member | State of Georgia Commission on Family Violence |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income) | | |
| [1] 1/1/93 - 1/31/94 | State of Georgia, Superior Courts of Georgia<br>(Judge's Salary) | 70,948.28 (1993)<br>$ 6,112.00 (1994) |
| [2] 1/1/93 - 1/31/94 | Board of Commissioners of Fulton County<br>(Judge's Salary) | 29,933.74 (1993)<br>$ 2,550.00 (1994) |
| [3] 1/1/93 - 1/31/94 | Lord, Aeck & Sargent, Inc. (Architect's Salary) | $ S |
| [4] | | $ |
| [5] | | $ |

**EXHIBIT 4**

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | HULL, FRANK MAYS | Feb. 10, 1994 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| Not applicable under Section 102(h) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| Not applicable under Section 102(h) | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
  N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = more than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>HULL, FRANK MAYS | Date of Report<br>February 10, 1994 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(X)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value2<br>Code2<br>(J-P) | (2)<br>Value<br>Method3<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy,sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value2<br>Code2<br>(J-P) | (4)<br>Gain1<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Real Estate-3452 Woodhaven Rd.,NW Atlanta, Fulton County, GA | | None | N | W | | | | | |
| 2 25% Real Estate-37 Stoney Creek Hilton Head, Beaufort Cty, SC | D | Rent | M | W | | | | | |
| 3 Undev. Real Estate-22 acres Henry Cty, GA | | None | L | W | | | | | |
| 4 Stocks/Bonds in IRA account Smith Barney Shearson | B | Div/Int/ CG | L | T | | | | | |
| 5 Fulton Cty Retirement Plan | | None | K | T | | | | | |
| 6 Superior Ct Judges Retirement Plan | | None | J | T | | | | | |
| 7 Real Estate-Ltd. partner Pinewood Ltd., Dekalb Cty, GA | | None | J | W | | | | | |
| (S) 8 25% stock in architectural firm Lord, Aeck & Sargent, Inc. | None other than salary | | N | U | | | | | |
| (S) 9 401(K) Retirement Plan & Trust* Lord, Aeck & Sargent, Inc | E | Div/Int/ CG | O | T | | | | | |
| (S) 10 Stocks/Bonds in IRA account Smith Barney Shearson | B | Div/Int | K | T | | | | | |
| (S) 11 Real Estate-Stock in Co-Op Parking. Inc., Atlanta, Fulton Cty, GA | D | Div M | W | | | | | | |
| (S) 12 Real Estate-Ltd. Partner Peachtree So. Ltd., Atlanta, GA | | None | K | W | | | | | |
| (S) 13 Real Estate-2200 W. Wesley Rd. Atlanta, Fulton Cty, GA | | None | K | W | | | | | |
| (S) 14 25% Real Estate, 37 Stoney Creek Hilton Head, Beaufort Cty, SC | D | Rent | M | W | | | | | |
| (D) 15 Stocks/Bonds, RHA's two accts* Smith Barney Shearson | E | Div/Int/ CG | N | T | | | | | |
| (D) 16 Stocks/Bonds, MHA's acct* Smith Barney Shearson | C | Div/Int/ CG | K | T | | | | | |
| (D) 17 Real Estate Highlands, Macon Cty, NC | | None | M | W | | | | | |
| (D) 18 25% Real Estate-37 Stoney Creek Hilton Head, Beaufort Cty, SC | D | Rent | M | W | | | | | |
| (D) 19 Real Estate-2200 W Wesley Rd. Atlanta, Fulton Cty, GA | | None | L | W | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to 5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 | |
|---|---|---|---|---|---|
| 2 Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 | |
| 3 Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

*See attached list of stocks/bonds

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>HULL, FRANK MAYS | Date of Report<br>Feb. 10, 1994 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

As a current Judge of the Superior Court of Fulton County, Georgia, I participate in retirement plans with the State of Georgia and Fulton County listed in items VII (5) and (6). Upon becoming a United States District Court Judge, I will resign my present judgeship, withdraw those retirement funds, and transfer them to my IRA account in item VII (4).

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Frank M Hull_          Date _10 Feb. 1994_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google